UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Adam Lee Sterling,

        Petitioner,

vs.                                ORDER ADOPTING THE
                                    REPORT AND RECOMMENDATION

Michelle Smith,
Department of Corrections,

        Respondent.           Civ. No. 14-4063 (ADM/LIB)

* * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-titled matter and no objection having been filed, **IT IS ORDERED**

1.     This action is summarily **DISMISSED WITHOUT PREJUDICE**.

2.     Petitioner is **NOT** granted a Certificate of Appealability.

LET JUDGMENT BE ENTERED ACCORDINGLY.

                                                             s/Ann D. Montgomery
                                                             Ann D. Montgomery, Judge
DATED: October 30, 2014                  United States District Court
At Minneapolis, Minnesota